Commonwealth *v.* Naugle, Appellant.

Submitted November 9, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

*Thomas J. Finucane, Jr.,* Assistant Public Defender, and *Blake E. Martin,* Public Defender, for appellant.

*Edwin D. Strite, Jr.,* Second Assistant District Attorney, and *Jay L. Benedict,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, May 13, 1971:

Judgment affirmed. See, *Commonwealth v. Wrona,* 442 Pa. 201, 275 A. 2d 78 (1971); *Commonwealth v. Howard,* 426 Pa. 305 (1967); *Commonwealth v. Davis,* 203 Pa. Superior Ct. 79 (1964); *Commonwealth v. Zelnick,* 202 Pa. Superior Ct. 129 (1963).

Mr. Justice Cohen took no part in the decision of this case.

Commonwealth *v.* Montgomery, Appellant.

Submitted November 9, 1970. Before Bell, C. J., Jones, Cohen, Eagen, O'Brien, Roberts and Pomeroy, JJ.

642

*John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant.

*James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 13, 1971:
Order affirmed.

Mr. Justice COHEN took no part in the decision of this case.

Schofield *v.* Scott, Appellant.

Argued January 7, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.